UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

- against - :

JESUS MENDEZ, :

Defendant. :

- - - - - - - - - - - - - - - - - - -x

**ORDER**
16 Civ. 4400 (DC)
96 Cr. 317 (DC)

**CHIN, Circuit Judge:**

Jesus Mendez, proceeding pro se, filed a motion on March 18, 2020 asking to be resentenced. Crim. Dkt. No. 181. I treated his request as a successive § 2255 motion, and, in the interests of justice, transferred that matter to the United States Court of Appeals for the Second Circuit. Crim. Dkt. No. 182. Mendez has since requested an update regarding the status of his motion. Crim. Dkt. No. 193.

Because that matter is no longer before me, Mendez should direct any further inquiries regarding his March 18, 2020 motion to the Second Circuit. To ensure that Mendez is aware that his request has been transferred, the Clerk of Court is directed to mail this order and my March 31, 2020 order, Crim. Dkt. No. 182, to Mendez at the following two addresses, the first of which is listed as Mendez's return address on his most recent letter to the Court, Crim. Dkt. No. 193, and the second

of which is the address for United States Penitentiary Lee that is listed on the Federal Bureau of Prisons' website:

Jesus Mendez
BOP #: 38655-054
USP Lee / P.O. Box 305
Jonesville, Virginia 24263

<u>and</u>

Jesus Mendez
BOP #: 38655-054
Lee County Industrial Park
Hickory Flats Road
Pennington Gap, Virginia 24277

SO ORDERED.

Dated: New York, New York
June 23, 2020

s/Denny Chin
DENNY CHIN
United States Circuit Judge
Sitting by Designation